**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-541-GCM**

| | | |
|---|---|---|
| **PRISCILLA EVERETTE OATES,** *et al,* | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NORTH CAROLINA STATE** | ) | |
| **TREASURER,** *et al,* | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Charles A. Bonner,** filed December 1, 2015 [doc. # 3].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Bonner is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Priscilla Everette Oates and Duarthur Oates.

      **IT IS SO ORDERED.**

Signed: December 2, 2015

Graham C. Mullen
United States District Judge