IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-541-GCM

| | | |
|---|---|---|
| PRISCILLA EVERETTE OATES, *et al*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| NORTH CAROLINA STATE | ) | |
| TREASURER, *et al*, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Adam Cabral Bonner,** filed December 1, 2015 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Bonner is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Priscilla Everette Oates and Duarthur Oates.

**IT IS SO ORDERED.**

Signed: December 2, 2015

Graham C. Mullen
United States District Judge